1  Avner D. Sofer, Esq. (#198736)
   Sofer Law
2  4040 Civic Center Drive, Suite 200
   San Rafael, CA 94903
3  Telephone:  (415) 492-2834
   Facsimile:  (415) 785-3601
4
5  Attorneys for Plaintiff,
   Philip Mosier
6

7                    UNITED STATES DISTRICT COURT

8            FOR THE DISTRICT OF NORTHERN CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11 PHILIP MOSIER                    )  Case No.:   C12-06527 SI
                                    )
12          Plaintiff,              )  STIPULATION AND ~~[PROPOSED]~~ ORDER
13      vs.                         )  CONTINUING CASE MANAGEMENT
   CENTRAL INTELLIGENCE AGENCY; and )  CONFERENCE
14 DOES 1-25,                       )
                                    )
15          Defendants.             )
                                    )
16 _____  )

17         On or about December 26, 2012, plaintiff Philip Mosier filed a complaint against defendant,

18 Central Intelligence Agency ("CIA").  Defendant's response to plaintiff's complaint is currently due

19 on March 29, 2013.  The Initial Case Management Conference is currently scheduled for March 29,

20 2013.  Continuing the Initial Case Management Conference until May 3, 2013, will permit the

   defendant's response to the complaint to be completed prior to the Initial Case Management
21
   Conference.
22
          In the interest of the parties and the Court, the parties hereby stipulate and agree to continue
23
   the Case Management Conference to May 3, 2013, at 2:30 p.m
24
   IT IS SO STIPULATED.
   DATED: March 22, 2013            Respectfully submitted,
25
                                    MELINDA HAAG
26                                  United States Attorney

27

28                                  JENNIFER S WANG
                                    Assistant United States Attorney

                                    -1-

1

2   DATED: March 2013                    SOFER LAW

3

4                                          AVNER SOFER
5                                          Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  [PROPOSED] ORDER

2  IT IS SO ORDERED.

3  Dated:   3/26/13

4  SUSAN ILLSTON
   UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28