1  Avner D. Sofer, Esq.      (#198736)
   Sofer Law
2  4040 Civic Center Drive, Suite 200
   San Rafael, CA 94903
3  Telephone:  (415) 492-2834
   Facsimile:  (415) 785-3601
4
5  Attorneys for Plaintiff,
   Philip Mosier
6

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE DISTRICT OF NORTHERN CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12

13  PHILIP MOSIER                          )  Case No.:  C12-06527 SI
                                           )
14          Plaintiff,                     )  STIPULATION AND [PROPOSED]ORDER
          vs.                              )  TO TRANSFER VENUE
15  CENTRAL INTELLIGENCE AGENCY; and       )
    DOES 1-25,                             )
16                                         )
                                           )
17          Defendants.                    )
                                           )
18
19         On or about December 26, 2012, plaintiff Philip Mosier filed a Freedom of Information Act

20  ("FOIA"), 5 U.S.C. §  552, action against defendant, Central Intelligence Agency ("CIA").  On or

    about March 29, 2013, the CIA filed a Motion to Dismiss for Improper Venue, or Alternatively, for
21
    Summary Judgment.
22         FOIA provides for venue in either (1) the judicial district where the plaintiff resides, (2) the

23  judicial district where plaintiff has his principal place of business, (3) the judicial district where the

24  agency records are situated, or (4) the District of Columbia.  5 U.S.C. § 552(a)(4)(B).  Plaintiff

    resides in Sacramento, California.  Accordingly, subject to the Court's approval, the parties hereby
25
    stipulate to transfer this action to the Eastern District of California.
26  IT IS SO STIPULATED.

27  ///

28  ///

                                    -1-

1

2  DATED: April __, 2013              Respectfully submitted,

                                     SOFER LAW
3

4

5                                    _____
                                     AVNER SOFER
                                     Attorney for Plaintiff
6

   DATED: April 10, 2013             MELINDA HAAG
7                                    United States Attorney

8

9                                    _____
                                     JENNIFER S WANG

10                                   Assistant United States Attorney

11
                             **[PROPOSED] ORDER**
12

   Pursuant to the parties' stipulation, this action is hereby transferred to the Eastern District of
13
   California.
14

15  IT IS SO ORDERED.

16  Dated: 4/15/13                    _____

                                     SUSAN ILLSTON
17                                   UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28

                                     -2-