Avner D. Sofer, Esq.      (#198736)
Sofer Law
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone:  (415) 492-2834
Facsimile:   (415) 785-3601

Attorneys for Plaintiff,
Philip Mosier

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| PHILIP MOSIER, | Case No.:  2:13-cv-00744-MCE-KJN |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | **CONTINUING MOTION FOR SUMMARY** |
| CENTRAL INTELLIGENCE AGENCY; and DOES 1-25, | **JUDGMENT** |
| Defendants. | |

The parties, through their undersigned counsel, hereby stipulate and agree to continue the Motion for Summary Judgment to October 17, 2013 at 2:00 p.m.  Statement of Undisputed Facts from both parties shall be due by October 1, 2013. Response to Statement of Undisputed Facts shall be due by October 8, 2013. Plaintiff's Counsel's spouse is to deliver their baby August 8, 2013 and is avoiding scheduling appointments in the month of August. Defendant's counsel has scheduled leave for most of September.

IT IS SO STIPULATED.

DATED: July 25, 2013             Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                  /s/ YHimel_____
                                 YOSHINORI H. T. HIMEL Assistant United States Attorney

DATED: July 25, 2013             SOFER LAW

                                  /s/ A. Sofer_____
                                 AVNER SOFER
                                 Attorney for Plaintiff

-1-

**ORDER**

The August 8, 2013 hearing is hereby VACATED and the Motions hearing will be rescheduled for the October 3, 2013 civil law and motion calendar.

IT IS SO ORDERED.

Dated:  August 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT