BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
yoshinori.himel@usdoj.gov

Attorneys for Defendant. Central Intelligence Agency

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP LEE MOSIER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>　　　　　　Defendant. | CASE NO.  2:13-CV-744-MCE-KJN<br><br>**STIPULATION AND ORDER RESETTING FILING DEADLINES FOR UNDISPUTED FACT STATEMENTS AND RESPONSES THERETO**<br><br>Date:　October 3, 2013<br>Time:　2:00 PM<br>Ctrm:　7 (Judge England) |

　　　The parties, through their undersigned counsel, hereby stipulate, and request Court approval, that the Statements of Undisputed Facts and responses thereto required by Minutes filed July 24, 2013, as modified by Order filed August 5, 2013, be due as follows: Statements of Undisputed Facts filed by September 9, 2013, at 12:00 noon; and Responses to Statements of Undisputed Facts filed by October 1, 2013.

　　　The reason for the delay in the Statements of Undisputed Facts is that plaintiff's counsel planned to be away from work for August, and in fact was away from work for August, because his daughter was due and was born early that month. This schedule gave him his first five working days back in the office to make his statement. The reason for the interval between the Statements of Undisputed Facts and the Responses is that defense counsel is on leave from September 10 until September 27, inclusive; this schedule gives him only two working days to make his response.

1

A different filing schedule for these items was agreed between counsel by Stipulation filed July 25, 2013. By Order filed August 5, 2013, the Court rescheduled the motion hearing for October 3, 2013, declined to reschedule it for October 17, and did not specify dates for the Statements of Undisputed Facts and the Responses thereto. The stipulated filing schedule represents counsel's best effort to adapt to the October 3 hearing date.

Dated:  September 9, 2013         SOFER LAW

                                           /s/ *Avner D. Sofer* (as authorized 9/9/13)
                                           AVNER D. SOFER

Dated:  September 7, 2013         BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ *YHimel*
                                           YOSHINORI H. T. HIMEL
                                           Assistant United States Attorney

## ORDER

Upon the parties' stipulation, each party's Separate Statement of Undisputed Facts is due to be filed no later than September 9, 2013, at 12:00 noon; and each party's Response to Statement of Undisputed Facts is due to be filed no later than October 1, 2013.

IT IS SO ORDERED.

Dated:  September 12, 2013

                                       MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                       UNITED STATES DISTRICT COURT